**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED FIRE AND CASUALTY
COMPANY a/s/o Robert and
Theresa Corral,

vs.  CASE NO. 5:10cv199/RS-EMT

WHIRLPOOL CORPORATION,
a Delaware corporation,

      Defendant.
_____/

## **ORDER**

Before me is the Joint Motion To Modify Scheduling Order (Doc. 16).

**IT IS ORDERED:**

1. All discovery shall be completed not later than July 15, 2011.

2. Mediation shall commence not later than July 13, 2011, and the mediator's report shall be filed with the court not later than July 20, 2011.

3. Dispositive motions shall be filed not later than July 29, 2011.

4. The pretrial stipulation shall be filed not later than September 15, 2011.

5. The pretrial conference is scheduled for September 22, 2011, at 3:30 p.m.

6. Absent extraordinary circumstances, no further extensions will be granted.

7. Non-jury trial is scheduled for October 3, 2011, at 8:30 a.m., in Panama City, Florida.

**ORDERED** on May 12, 2011.

                                             /S/ Richard Smoak
                                             **RICHARD SMOAK**
                                             **UNITED STATES DISTRICT JUDGE**

Case 5:10-cv-00199-RS-EMT   Document 18   Filed 05/12/11   Page 2 of 2