UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED FIRE AND CASUALTY
COMPANY

    VS                                        CASE NO.  5:10CV199-RS-EMT

WHIRLPOOL CORPORATION

**JUDGMENT**

This action came before the Court with the Honorable Richard Smoak presiding.

Pursuant to Order (Doc. 33), granting Defendant **WHIRLPOOL CORPORATION's** Motion for Summary Judgment, judgment is entered for Defendant **WHIRLPOOL CORPORATION** against Plaintiff.

                                                JESSICA J. LYUBLANOVITS

                                                CLERK OF COURT

| | |
|---|---|
| September 22, 2011 | s/ Jeremy Wright |
| DATE | Deputy Clerk: Jeremy Wright |